

# NUMBER 13-15-00304-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **MARGARET HAULE,** | **Appellant,** |

**v.**

| | |
|---|---|
| **CHANNEL AUSTIN,** | **Appellee.** |

## On appeal from the County Court at Law No. 2 of Travis County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Longoria
### Memorandum Opinion Per Curiam

The appellant's brief in the above cause was originally due on November 18, 2015.[1]   Appellant has previously requested and received three prior extensions of time

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2015 R.S.).

to file the brief. On March 1, 2016, this Court ordered the appellate brief to be filed on or before March 18, 2016. The order notified counsel that if the brief was not filed, the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date no response has been received from appellant and the brief has not been filed.

Appellant has failed to either reasonably explain her failure to file a brief, file a motion for extension of time to file her brief, or file her brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c).


PER CURIAM

Delivered and filed the
12th day of May, 2016.

2